UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:  BRIAN R. MARTINOTTI                     Date:   10/26/2021
Court Reporter:    TAMMERA WITTE             Docket No: 2:20-185-06

<u>Title of the Case</u>:

UNITED STATES OF AMERICA
v.
JIMIR RICKS

<u>Appearances</u>:

Francesca Liquori, AUSA
Christopher Adamas, Attorney for Defendant
Joanne Young, USPO

<u>Nature of Proceedings</u>:    Sentencing *(Via Zoom)*

Deft. Present & sworn
Order Regarding Use of Video Conferencing fld.
SENTENCE: 60 Months on each of Counts 1s & 2s of the 3rd Superseding Indictment, to run concurrent
SUPERVISED RELEASE: 5 Years. This term consists of 5 years on Count 1s and 3 Years on Count 2s, to run concurrent
Special Assessment: $200 (due immediately)
Special Conditions:
- Life Skills/Education
- Mental Health Treatment
- Drug Testing/Treatment
- No Gangs
- No Gambling

Fine:  WAIVED
Defendant was advised of his right to appeal.
Recommendation to BOP:
- a facility for service of this sentence as near as possible to his home address

Surrender Date: on a date to be designated by the BOP no earlier than 01/08/22
Hearing on Govt's application to dismiss remaining Counts of the 3rd Superseding Indictment. Court Ordered application GRANTED.
Court Ordered Deft. bail continued

Commenced:   10:00 AM
Concluded:    10:35 AM

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon. Brian R. Martinotti U.S.D.J.